UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 17-cr-00038 |
| VS. | : | JUDGE WALTER |
| DANIEL ERNESTO VISCARRA-LOPEZ | : | MAGISTRATE JUDGE KAY |

## ORDER

For the reasons orally assigned in the Report and Recommendation of the Magistrate Judge, [Doc. #24], and in the transcript previously filed herein, [Doc. #19] and having thoroughly reviewed the record, with the defendant having waived the period for filing objections [Doc. #20], and concurring with the finding of the Magistrate Judge under applicable law:

IT IS ORDERED that the **GUILTY PLEA** entered by defendant **DANIEL ERNESTO VISCARRA-LOPEZ** on May 18, 2017 before Magistrate Judge Kathleen Kay is **ACCEPTED** by the court, pursuant to the provisions of F.R.Cr.P. 11, and the defendant is finally adjudged Guilty of the offense charged in Count One of the Indictment.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 22 day of May, 2017.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE